**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAY LEADER,** | : | |
|     Plaintiff | : | No. 1:12-cv-02570 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| **FRANK NOONAN and KIM STUDENROTH,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 17th day of July 2014, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Defendants' motion for summary judgment (Doc. No. 23) is **GRANTED**.  The Clerk of Court is directed to enter judgment in favor of Defendants and to close the case.

                                                  S/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania